**STATE of Missouri, (Respondent),**

v.

**Ronald E. DAVIS, Jr., (Appellant).**

**No. WD33245.**

Missouri Court of Appeals,
Western District.

April 5, 1983.

Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before WASSERSTROM, P.J., and TURNAGE and CLARK, JJ.

PER CURIAM.

ORDER

Appeal from conviction of first degree robbery.

Judgment affirmed. Rule 30.25(b).